Ross WASHER, Appellant, *v.* GEORGE SEAGER et al., Respondents, et al., Defendants.

Argued March 10, 1948; decided April 22, 1948.

*I. Maurice Wormser, Sidney J. Loeb, Clifford H. Rich* and *Ben Mermelstein* for appellant.

*Edward Lazansky, Irving Moldauer* and *Abram B. Freedman* for George Seager and another, respondents.

*S. Joseph Oxenberg* and *Myle J. Holley* for Sidney Kamber, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.